```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19834
    JUDITH M DAEHN
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9316


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/25/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 01/12/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  NOTICE ONLY   NOT FILED              .00          .00
HOMEQ SERVICING CORPORAT  CURRENT MORTG       .00              .00          .00
HOMEQ SERVICING CORPORAT  MORTGAGE ARRE   1300.00              .00          .00
AMERICAS SERVICING COMPA  CURRENT MORTG       .00              .00          .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE   7500.00              .00          .00
PROPERTY ASSET MANAGEMEN  NOTICE ONLY   NOT FILED              .00          .00
INTERNAL REVENUE SERVICE  PRIORITY        2094.83              .00          .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER   2743.58              .00          .00
DEUTSCHE BANK             NOTICE ONLY   NOT FILED              .00          .00
DEUTSCHE BANK             NOTICE ONLY   NOT FILED              .00          .00
CHASE MANHATTAN MORTGAGE  CURRENT MORTG       .00              .00          .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE   7500.00              .00          .00
PROPERTY ASSET MANAGEMEN  NOTICE ONLY   NOT FILED              .00          .00
DAIMLER CHRYSLER FINANCI  SECURED VEHIC  16496.42              .00          .00
KEVIN MCKEE               CURRENT MORTG       .00              .00          .00
JUNIPER BANK              UNSEC W/INTER NOT FILED              .00          .00
FINGERHUT CORP            UNSEC W/INTER NOT FILED              .00          .00
DELL FINANCIAL SERVICES   UNSEC W/INTER NOT FILED              .00          .00
FIRST PREMIER BANK        UNSEC W/INTER NOT FILED              .00          .00
FIRST PREMIER BANK        UNSEC W/INTER NOT FILED              .00          .00
DIRECT MERCHANT BANK      UNSEC W/INTER NOT FILED              .00          .00
HOUSEHOLD CREDIT SERVICE  UNSEC W/INTER NOT FILED              .00          .00
BENEFICIAL NATL BANK      UNSEC W/INTER NOT FILED              .00          .00
TRIB/FBOFD                UNSEC W/INTER NOT FILED              .00          .00
WASHINGTON MUTUAL         UNSEC W/INTER NOT FILED              .00          .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER NOT FILED              .00          .00
SPIEGEL ARCHITECTS        UNSEC W/INTER NOT FILED              .00          .00
MARTIN J OHEARN           DEBTOR ATTY     3,000.00                          .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00


         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------


                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 19834 JUDITH M DAEHN
```

```
TRUSTEE                                                      .00

PRIORITY                                                             .00
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                                 .00
DEBTOR REFUND                                                        .00
                                         ---------------   ---------------
TOTALS                                               .00               .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 04/23/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                              PAGE   2
          CASE NO. 07 B 19834 JUDITH M DAEHN